DAVIS WRIGHT TREMAINE LLP
  Jacob M. Harper (SBN 259463)
  *jacobharper@dwt.com*
  James H. Moon (SBN 268215)
  *jamesmoon@dwt.com*
  Daniel H. Leigh (SBN 310673)
  *danielleigh@dwt.com*
  Peter K. Bae (SBN 329158)
  *peterbae@dwt.com*
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

*Attorneys for Defendant*
*The Kroger Co.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>THE KROGER CO., and DOES 1-50,<br><br>Defendants. | Case No. 2:24-cv-5582<br><br>**DEFENDANT THE KROGER CO.'S NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE**<br><br>(Civil L.R. 7.1-1 and Fed. R. Civ. P. 7.1)<br><br>[From the Superior Court of California, County of Santa Barbara, No. 24CV03007]<br><br>Compl. Filed:    May 29, 2024<br>Action Removed:  July 1, 2024 |

KROGER'S NOTICE OF INTERESTED PARTIES; CORPORATE DISCLOSURE

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant The Kroger Co. (Kroger) states that it has no parent corporation, and no publicly-held corporation owns 10% or more of its stock.

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Kroger, certifies that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. People of the State of California – Plaintiff
2. The Kroger Co. – Defendant

DATED: July 1, 2024

DAVIS WRIGHT TREMAINE LLP
JACOB M. HARPER
JAMES H. MOON
DANIEL H. LEIGH
PETER K. BAE

By: /s/ Jacob M. Harper
    Jacob M. Harper

*Attorneys for Defendant*
*The Kroger Co.*

1

KROGER'S NOTICE OF INTERESTED PARTIES; CORPORATE DISCLOSURE

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# PROOF OF SERVICE BY U.S. MAIL

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566.

On July 1, 2024, I served the foregoing documents as follows:

**DEFENDANT THE KROGER CO.'S NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE**

by placing a **true copy** of said document(s) enclosed in a sealed envelope(s) for each addressee named below, with the name and address of the person served shown on the envelope as follows:

| | |
|---|---|
| John T. Savrnoch<br>District Attorney of Santa Barbara County<br>Morgan S. Lucas, SBN: 288401<br>Christopher B. Dalbey, SBN: 285562<br>Senior Deputy District Attorneys<br>1112 Santa Barbara Street<br>Santa Barbara, CA 93101<br>Tel.: (805) 568-2300<br>Email: mlucas@countyofsb.org | Erik Nasarenko<br>District Attorney of Ventura County<br>Andrew J. Reid, SBN: 268351<br>Senior Deputy District Attorney<br>5720 Ralston Street<br>Ventura, CA 93003<br>Tel.: (805) 662-1705<br>Email: andrew.reid@ventura.org |

*COUNSEL FOR PLAINTIFF*

I placed such envelope(s) with postage thereon fully prepaid for deposit in the United States Mail in accordance with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service. I am familiar with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the Davis Wright Tremaine LLP, personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

1
KROGER'S NOTICE OF INTERESTED PARTIES; CORPORATE DISCLOSURE

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct and that I am employed in the office
3  of a member of the bar of this Court at whose direction the service was made.
4  Executed on July 1, 2024, at Los Angeles, California.

|  Shari Sanders  |  *[signature: Shari Sanders]* |
|---|---|
| Print Name | Signature |

2
KROGER'S NOTICE OF INTERESTED PARTIES; CORPORATE DISCLOSURE

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899